```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 13160
    ALBERT D MCKISSACK
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-4641


----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
    The case was filed on 04/02/2004 and was confirmed 06/21/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 11/26/2007.
----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
----------------------------------------------------------------------------
CARMAX AUTO FINANCE        SECURED            9850.71         249.06       9850.71
CITIBANK NA                MORTGAGE ARRE       153.16            .00        153.16
CITIBANK NA                CURRENT MORTG          .00            .00            .00
CITY OF CHICAGO            SECURED             960.00            .00        960.00
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED            .00            .00
BLUEGREEN RESORTS MGMT     UNSECURED        NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED           2002.38           .00       2001.09
CAPITAL ONE BANK           NOTICE ONLY      NOT FILED            .00            .00
CIRCUIT CITY               UNSECURED           1483.88           .00       1482.93
SHERMAN ACQUISITION LLC    UNSECURED           5917.80           .00       5914.00
CITIFINANCIAL MORTGAGE C   UNSECURED        NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED            .00            .00
FIRST NORTH AMERICAN NAT   UNSECURED              .00            .00            .00
HOUSEHOLD BANK             UNSECURED        NOT FILED            .00            .00
NEXTEL COMMUNICATIONS      UNSECURED        NOT FILED            .00            .00
NEXTEL                     NOTICE ONLY      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED           3169.25           .00       3169.25
AT & T BANKRUPCTY          UNSECURED           1811.26           .00       1810.10
ECAST SETTLEMENT CORP      UNSECURED           7968.45           .00       7963.33
ECAST SETTLEMENT CORP      UNSECURED           1901.29           .00       1900.07
CAPITAL ONE BANK           UNSECURED            723.44           .00        722.98
SHERMAN ACQUISITION        UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED               .00           .00            .00
ECAST SETTLEMENT CORP      UNSECURED           1922.99           .00        541.69
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         1,094.00                     898.42
TOM VAUGHN                 TRUSTEE                                         2,282.08
DEBTOR REFUND              REFUND                                              .00

    Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------------

             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 13160 ALBERT D MCKISSACK
```

```
TRUSTEE                                  39,898.87

PRIORITY                                                          .00
SECURED                                                     10,963.87
    INTEREST                                                   249.06
UNSECURED                                                   25,505.44
ADMINISTRATIVE                                                 898.42
TRUSTEE COMPENSATION                                         2,282.08
DEBTOR REFUND                                                     .00
                                    ----------------  ----------------
TOTALS                                   39,898.87          39,898.87
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 02/26/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE










                          PAGE   2
        CASE NO. 04 B 13160 ALBERT D MCKISSACK